DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ADRIANA NINO CARREON,**
Appellant,

v.

**REEMPLOYMENT ASSISTANCE APPEALS COMMISSION** and
**VILLA COSTA CONDOMINIUM ASSOCIATION, INC.,**
Appellees.

No. 4D2025-1899

[June 11, 2026]

Appeal from the State of Florida, Reemployment Assistance Appeals Commission; L.T. Case No. RAAC 25-00585.

Adriana Nino Carreon, Loxahatchee, pro se.

Amanda L. Neff, Deputy General Counsel, Tallahassee, for appellee Reemployment Assistance Appeals Commission.

No appearance for appellee Villa Costa Condominium Association, Inc.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***